

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00326-CV

| | | |
|---|---|---|
| IN THE INTEREST OF E.M., A CHILD | § | On Appeal from the 30th District Court |
| | § | of Wichita County (DC30-CP2020-0154) |
| | § | March 24, 2022 |
| | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the trial court's judgment is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr